# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JARELL D. TERRY,**                                                          **PLAINTIFF**
ADC #149998C

v.                      **CASE NO. 2:20-CV-00153-BSM**

**RORY GRIFFIN,** *et al.*                                            **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 11] is adopted. Accordingly, defendant Griffin is dismissed from the case.

IT IS SO ORDERED this 14th day of October, 2020.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE