IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY,**                                                                                  PLAINTIFF
ADC #149998C

v.                                    CASE NO. 2:20-CV-00153-BSM

**RORY GRIFFIIN, et al.**                                                                    DEFENDANTS

### ORDER

Jarell D. Terry's motion to dismiss [Doc. No. 27] is granted. This case is dismissed without prejudice. Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED this 12th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE