IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY,**  PLAINTIFF
**ADC #149998C**

v.  CASE NO. 2:20-CV-00153-BSM

**RORY GRIFFIIN, et al.**  DEFENDANTS

### JUDGMENT

Consistent with the order entered on this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE